IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03003-RBJ

BRUCE EDWARD PETERSON,

    Petitioner,

v.

RAE TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, the following FINAL JUDGMENT is hereby entered.

I.    Pursuant to the Order to Dismiss in Part and For Answer in Part and State Court record #[18] entered by Judge R. Brooke Jackson on April 5, 2012, which order is incorporation by reference, it is

ORDERED that Claims One and Two are dismissed with prejudice as procedurally barred from federal habeas review.

II.    Pursuant to the Order Denying Application for a Writ of Habeas Corpus #[35] entered by Judge R. Brooke Jackson on October 10, 2012, which order is incorporated by reference, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, ECF No. 1, is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that a certificate of appealability shall not issue because

Applicant has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c).

DATED at Denver, Colorado this  11th  day of October, 2012.

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL, CLERK

                                      By: s/ Edward Butler
                                          Edward P. Butler
                                          Deputy Clerk