**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03003-RBJ

BRUCE EDWARD PETERSON,

    Applicant,

v.

RAY TIMME, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY DISTRICT JUDGE R. BROOKE JACKSON

    This matter is before the Court on the Amended Habeas Corpus Petition § 2254, ECF No. 51, that Applicant submitted to the Court on November 25, 2014.  The Petition is improperly filed in this action.  The action was dismissed on October 10, 2012, and the dismissal was affirmed on appeal by the Tenth Circuit.  Applicant's petition for certiorari review by the United States Supreme Court was denied on October 7, 2013.  The Court, therefore, will disregard the November 25, 2014 Petition filed in this action.

Dated:  December 3, 2014